Harriett MILLARD, Plaintiff–
Appellant,

v.

HOUSEHOLD FINANCE CORPORA-TION, A Household International Company; Michael J. Johnson, individually and his official capacity as Account Executive Household Finance Corporation, Defendants–Appellees,

and

Carol E. Smith, individually, and in her official capacity as Judge, Circuit Court for Baltimore City, Defendant.

No. 07–1718.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 20, 2007.

Decided: Dec. 26, 2007.

Harriett Millard, Appellant Pro Se. John Ogelsby Long, III, Fiedler & Long, PLLC, Alexandria, Virginia, for Appellees.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harriett Millard appeals the district court's order denying relief on her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Millard v. Household Finance Corp.*, No. 1:07–cv–00497–JFM (D.Md. July 16, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*